SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

08 MAY 15 PM 2: 27

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:08-cr- 216-T-23 EAJ

YOSDAN CASTELLANOS

## O R D E R

The Motion to Seal Indictment and Related Documents filed by the United States

is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when

necessary to provide certified copies of the Indictment to the United States Attorney's

Office;

It is further ordered that upon verbal request from the United States Attorney's

Office, that the United States Marshal's Service is to release a certified copy of the

arrest warrant to the case agent or other appropriate law enforcement and/or to the

United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the

Indictment in any search and seizure warrants to be executed in conjunction with the

arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment

without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this 15th day of May, 2008.

THOMAS G. WILSON
United States Magistrate Judge